Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York  10178
(212) 309-6000
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | | |
|---|---|---|
| EMILIO NOBLE, | : | |
| | : | |
| Plaintiff, | : | **7:07-cv-05832-KMK-GAY** |
| | : | *Electronically Filed* |
| -against- | : | |
| | : | |
| CAREER EDUCATION CORPORATION, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------------x

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Career Education Corporation ("CEC") certifies that no publicly held company owns 10% or more of CEC's stock.

Dated: New York, New York
       September 18, 2007          MORGAN, LEWIS & BOCKIUS LLP

                          By:   s/  Amber Kagan
                                Amber Kagan (AK-7973)

                                MORGAN, LEWIS & BOCKIUS LLP
                                101 Park Avenue
                                New York, New York 10178
                                Telephone:  212.309.6000
                                Facsimile:  212.309.6001
                                Email:  akagan@morganlewis.com