LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 309-6000
*ATTORNEY FOR DEFENDANT*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
EMILIO NOBLE,                                                       :
                                                                    :
                            Plaintiff,                              :   **7:07-cv-05832-KMK-GAY**
                                                                    :   *Electronically Filed*
            -against-                                               :
                                                                    :
CAREER EDUCATION CORPORATION,                                       :
                                                                    :
                            Defendant.                              :
-----------------------------------------------------------------------x

**DEFENDANT'S NOTICE OF MOTION
TO DISMISS PLAINTIFF EMILIO NOBLE'S
<u>NEW YORK CORRECTION LAW CLAIM</u>**

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law in support thereof, Defendant will move this Court before the Honorable Kenneth M. Karas, United States District Court Judge, on a date and at a time to be designated by the Court, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, for an Order granting Defendant's Motion to Dismiss Plaintiff Emilio Noble's New York Correction Law Claim.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Plaintiff's opposition papers, if any, shall be served on or before October 2, 2007.

Dated: September 18, 2007  
       New York, New York

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: s/ Amber Kagan  
    Amber Kagan (AK-7973)

MORGAN, LEWIS & BOCKIUS LLP  
101 Park Avenue  
New York, New York 10178  
Telephone: 212.309.6000  
Facsimile: 212.309.6001  
Email: akagan@morganlewis.com