LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 309-6000
*ATTORNEY FOR DEFENDANT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
EMILIO NOBLE,                                              :
                                                           :
            Plaintiff,               :   **7:07-cv-05832-KMK-GAY**
                                                           :   *Electronically Filed*
      -against-                                    :
                                                           :
CAREER EDUCATION CORPORATION,         :
                                                           :
            Defendant.                 :
------------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Amber Kagan, an attorney, hereby certify that on September 18, 2007, I electronically filed Defendant's Notice of Motion to Dismiss Plaintiff Emilio Noble's New York Correction Law Claim and Memorandum in Support with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Stephen Bergstein at steve@tbulaw.com

                                                     s/  Amber Kagan
                                                     Amber Kagan (AK-7973)

                                       MORGAN, LEWIS & BOCKIUS LLP
                                       101 Park Avenue
                                       New York, New York 10178
                                       Telephone:  212.309.6000
                                       Facsimile:  212.309.6001
                                       Email:  akagan@morganlewis.com

1-CH/200540.1