

# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918  
TELEPHONE (845) 469-1277  
FACSIMILE (845) 469-5904  
E-MAIL: THEFIRM@TBULAW.COM  
www.tbulaw.com

Stephen Bergstein  
Helen G. Ullrich

Of Counsel  
Christopher D. Watkins

**MEMO ENDORSED**

VIA FACSIMILE (914) 390-4152  
September 28, 2007

Hon. Kenneth M. Karas  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601

Re: Noble v. Career Education Corporation  
07 Civ. 5832 (KMK) (GAY)

Dear Judge Karas:

This firm represents plaintiff in the above styled matter. Your Honor's Chambers granted me permission to send this letter by facsimile.

I am writing in response to defendant's letter, dated September 18, 2007, requesting that the Court resolve its motion to dismiss filed in violation of this Court's individual practice rules. On September 28, 2007, this Court denied defendant's motion without prejudice but ordered my office to respond to the September 18 letter by October 3, 2007.

I filed my opposition to the motion to dismiss on September 28, 2007, unaware that this Court had denied defendant's request without prejudice. As the motion to dismiss the state law cause of action would not fully dispose of the case and the parties can proceed with discovery while the motion is pending, I do not object to the resolution of this motion without a pre-motion conference.

Very truly yours,

Stephen Bergstein

Stephen Bergstein

cc: Kirsten Milton Evans, Esq.  
Via Facsimile (312) 324-1000

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _____

*The motion will not be reactivated until the Court holds a Pre-Motion conference, which it will do on November 16, 2007, at 11:00*

SO ORDERED

KENNETH M. KARAS U.S.D.J.  
10/2/07