SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIO NOBLE            Plaintiff,

                                                                    7:07  cv  05832    (KMK-GAY)

- against -

                                                                    MOTION TO ADMIT COUNSEL
CAREER EDUCATION   Defendant.
CORPORATION                                                         PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,  Amber Kagan         a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

   Applicant's Name:  Kirsten Milton Evans
   Firm Name:         Morgan, Lewis & Bockius LLP
   Address:           77 West Wacker Drive
   City/State/Zip:    Chicago, Illinois 60601
   Phone Number:      (312) 324-1000
   Fax Number:        (312) 324-1001

Kirsten Milton Evans                    is a member in good standing of the Bar of the States of

Illinois

There are no pending disciplinary proceeding against  Kirsten Milton Evans
in any State or Federal court.

Dated:      11/8/2007
City, State: Chicago, Illinois 60601

Respectfully submitted,

Sponsor's       AK-7973
SDNY Bar
Firm Name:   Morgan, Lewis & Bockius LLP
Address:     101 Park Avenue
City/State/Zip:  New York, New York 10178
Phone Number:  212.309.6000
Fax Number:    212.309.6001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FILED
2007 NOV -8  AM 11:36
U.S. DISTRICT COURT
S.D. OF N.Y.

SDNY Form Web 10/2006

LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK 10178
(212) 309-6000
*ATTORNEYS FOR DEFENDANT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
EMILIO NOBLE,

                Plaintiff,

   -against-

CAREER EDUCATION CORPORATION,

                Defendant.
---------------------------------------------------------------------x

7:07-cv-05832-KMK-GAY
*Affidavit of Amber Kagan in Support of Motion to Admit Counsel Pro Hac Vice*

State of New York      )
                              ) ss:
County of New York   )

Amber Kagan, being duly sworn, hereby deposes and says as follows:

      1.      I am a partner at Morgan, Lewis & Bockius LLP, counsel for Defendant Career Education Corporation ("Defendant") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Kirsten Milton Evans as counsel pro hac vice to represent Defendant in this matter.

      2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1990. I am also admitted to the bar of the United States District Court for the Southern and Eastern Districts of New York, and am in good standing with those Courts.

      3.      I have known Kirsten Milton Evans since 2005.

      4.      Ms. Evans is an associate at Morgan, Lewis & Bockius LLP in Chicago, Illinois.

      5.      I have found Ms. Evans to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      6.      Accordingly, I am pleased to move the admission of Kirsten Milton Evans, pro hac vice.

7.   I respectfully submit a proposed order granting the admission of Kirsten Milton Evans, pro hac vice, to represent Defendant in the above-captioned matter, be granted.

Dated: November 6, 2007
       New York, New York

                                    Respectfully submitted,

                                    MORGAN, LEWIS & BOCKIUS LLP

                                    By: _____
                                        Amber Kagan (AK-7973)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: 212.309.6000
Facsimile: 212.309.6001
Email: akagan@morganlewis.com

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIO NOBLE                    Plaintiff,

                                                          7:07 cv 05832 (KMK-GAY)

          - against -
                                Defendant.                ORDER FOR ADMISSION
CAREER EDUCATION                                             PRO HAC VICE
CORPORATION                                                ON WRITTEN MOTION

Upon the motion of  Amber Kagan          attorney for   Defendant Career Education Corporation
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Kirsten Milton Evans |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 77 West Wacker Drive |
| City/State/Zip: | Chicago, Illinois 60601 |
| Telephone/Fax: | (312) 324-1000/(312) 324-1001 |
| Email Address: | kirsten.evans@morganlewis.com |

is admitted to practice pro hac vice as counsel for    Defendant Career Education Corporation   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:


                                                  _____
                                                  United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Kirsten Milton Evans

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 2005 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, October 10, 2007.

*Juleann Hornyak*
Clerk

## CERTIFICATE OF SERVICE

I, Amber Kagan, an attorney, hereby certify that on November 6, 2007, I served the foregoing via first class mail, postage prepaid, on the following:

Stephen Bergstein
Bergstein & Ullrich, LLP
15 Railroad Avenue
Chester, NY 10918

_____
Amber Kagan (AK-7973)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: 212.309.6000
Facsimile: 212.309.6001
Email: akagan@morganlewis.com

1-CH/199493.1