Case 7:07-cv-05832-KMK-GAY    Document 18    Filed 11/16/2007    Page 1 of 1

LAW OFFICES
**MORGAN, LEWIS & BOCKIUS LLP**
101 PARK AVENUE
NEW YORK, NEW YORK  10178
(212) 309-6000
*ATTORNEY FOR DEFENDANT*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

EMILIO NOBLE,                                      :        *Electronically Filed*
                                                   :
                    Plaintiff,                     :        **7:07-cv-05832-KMK-GAY**
                                                   :
        -against-                                  :
                                                   :
CAREER EDUCATION CORPORATION,                      :
                                                   :
                    Defendant.                     :
-------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Amber Kagan, an attorney, hereby certify that on November 16, 2007, I electronically filed Defendant's Answer to Plaintiff Emilio Noble's Complaint with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Stephen Bergstein at steve@tbulaw.com

s/  Amber Kagan
Amber Kagan (AK-7973)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone:  212.309.6000
Facsimile:  212.309.6001
Email:  akagan@morganlewis.com

1-CH/202951.1