SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIO NOBLE                      Plaintiff,

                                                        7:07 cv 05832 (KMK-GAY)

            - against -
                                  Defendant.            **ORDER FOR ADMISSION**
CAREER EDUCATION                                        **PRO HAC VICE**
CORPORATION                                             **ON WRITTEN MOTION**

Upon the motion of  Amber Kagan        attorney for   Defendant Career Education Corporation

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name:   Kirsten Milton Evans
   Firm Name:          Morgan, Lewis & Bockius LLP
   Address:            77 West Wacker Drive
   City/State/Zip:     Chicago, Illinois  60601
   Telephone/Fax:      (312) 324-1000/(312) 324-1001
   Email Address:      kirsten.evans@morganlewis.com

is admitted to practice pro hac vice as counsel for   Defendant Career Education Corporation   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/13/07
City, State: White Plains, NY

                                          United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006