UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIO NOBLE,

              Plaintiff,

-v-

CAREER EDUCATION CORPORATION,

              Defendant.

Case No. 07-CV-5832 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

On September 28, 2007, the Court denied Defendant's Motion to Dismiss Plaintiff's New York Correction Law Claim (Compl. ¶ 27) without prejudice for failure to comply with the Court's Individual Practices. At a conference held before the Court on November 29, 2007, the Court reactivated and GRANTED Defendant's Motion to Dismiss Plaintiff's New York Correction Law Claim (Compl. ¶ 27) for the reasons stated on the record. The Clerk of Court is directed to terminate the Motion (Docket #8).

SO ORDERED.

Dated:     November 21, 2007
            White Plains, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____