```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EMILIO NOBLE,               :
                            :
    Plaintiff,              :
                            :
v.                          :     7:07-cv-05832-KMK-GAY
CAREER EDUCATION CORPORATION, :
                            :
    Defendant.              :
                            :
------------------------------------------------------------x

## CIVIL CASE MANAGEMENT PLAN

1.    This case is to be tried to a jury.

2.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have been exchanged.

3.    No additional parties may be joined after December 15, 2007.

4.    No pleading may be amended after December 15, 2007.

5.    All discovery, *including expert discovery*, must be completed on or before May 15, 2008. Plaintiff's deposition shall be taken first, and shall be completed by February 8, 2008. The parties do not anticipate that there will be experts in this case, but if there are, all discovery pertaining to any experts will be done on or before May 15, 2008.

6.    The following discovery is necessary in order for the parties to be able to consider settlement prior to the completion of all discovery: depositions and document review will have to take place before the parties can discuss settlement and it will be completed no later than

April 15, 2008, after which the parties may request a settlement conference.

Dated: November 29, 2007
White Plains, New York

SO ORDERED:

_____
United States Magistrate Judge

7. The Court will hold a pre trial conference on June 13, 2008 at 10:00. If either party wishes to file a motion following discovery, the court will use that conference as a pre-motion conference, consistent with the Court's individual practices