# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

*Of Counsel*
Christopher D. Watkins

**MEMO ENDORSED**

April 14, 2008

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   Noble v. Career Education Corp.
      07 Civ. 5832 (KMK)

Dear Judge Karas:

This firm represents plaintiff in the above-styled case. The parties are required to complete depositions by April 15, 2008 and complete discovery by May 15, 2008. Through this letter, I am respectfully requesting that both deadlines be extended to June 2, 2008. This is our first request for an extension of any of the discovery deadlines. Counsel for defendant has consented to this request.

Very truly yours,

*Stephen B[signature]*

Stephen Bergstein

cc:   Kirsten Milton Evans, Esq.
      Counsel for defendants

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Denied, without prejudice, to allow parties to provide more explanation for the need for an extension.

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
4/16/08