BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

*Of Counsel*
Christopher D. Watkins


April 18, 2008

MEMO ENDORSED

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: ________


Re: Noble v. Career Education Corp.
07 Civ. 5832 (KMK)

Dear Judge Karas:

This firm represents plaintiff in the above-styled case. On April 14, 2008, I requested an enlargement of time to complete discovery, from May 15, 2008 to June 2, 2008. I also requested that the deadline to complete depositions be extended from April 15, 2008 to June 2, 2008. The Court rejected that request without prejudice to allow my office to explain our need for the extension.

The plaintiff resides in the State of Florida. As plaintiff is suffering financial hardship, he was not able to come to New York for his deposition until April 9, 2008. Since our usual practice is to depose the defendant's witnesses following the plaintiff's deposition, we were unable to take those depositions until after the deadline in the scheduling order.

The other reason we held off on depositions was that we had to wait for the results of our independent investigation into the background of the two employees with whom plaintiff was comparing himself. As you may recall, this racial discrimination claim alleges that plaintiff was terminated because of his criminal record while comparable white employees were not similarly terminated. After we received the personnel files of the comparable white employees and discovered that these files did not reference their criminal records, in early April 2008 we requested that information from the New York State Office of Court Administration. Based on the results of that search, we believe we have sufficient information to proceed with the discrimination claim.

I believe the defendants' depositions will be relatively brief. I intend to expeditiously notice these depositions and can complete them in May 2008.

Very truly yours,

Stephen Bergstein

cc: Kirsten Milton Evans, Esq.
Counsel for defendants

Discovery and deposition deadlines are moved to June 2, 2008.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/28/08