```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIO NOBLE,
                     Plaintiff,

-v-

CAREER EDUCATION CORPORATION,

                     Defendant.

Case No. 07-CV-5832 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

       At the Pre-Motion Conference held before the Court on June 13, 2008, the Court adopted the following scheduling order with respect to Plaintiff's motion to amend and Defendant's motion for summary judgment:

       Plaintiff shall serve his motion to amend upon Defendant by no later than July 11, 2008. Defendant shall serve its motion for summary judgment upon Plaintiff by no later than August 1, 2008. Plaintiff's response shall be served upon Defendant by no later than August 22, 2008. Reply papers shall be served upon Plaintiff by no later than September 12, 2008. Sur-reply papers will not be accepted unless prior permission of the Court is given. Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

       Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

       The Parties shall electronically file their respective motions and responses only when the motions are fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that its papers are being filed. Courtesy copies are to be served upon all counsel by the assigned date. Two courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

       If oral argument is requested, it may be scheduled by the Court.

SO ORDERED.

Dated:      June 16, 2008
            White Plains, New York

                                                         KENNETH M. KARAS
                                                         UNITED STATES DISTRICT JUDGE