*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
EMILIO NOBLE,

        Plaintiff,              **STIPULATION**

-vs-

                                07 Civ. 5832 (KMK) (GAY)
CAREER EDUCATION CORPORATION,    ECF Case

        Defendant.
------------------------------------------------------X

       THE PARTIES HEREBY STIPULATE that the statute of limitations and/or deadline for the filing of plaintiffs' amended complaint to formally plead his Title VII claim is tolled as of June 24, 2008, the date plaintiff served his motion to amend. Defendants are not waiving their right to challenge the timeliness of the Complaint in any subsequent motion.

Dated:    July 1, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

_____
STEPHEN BERGSTEIN

BERGSTEIN & ULLRICH, LLP
15 Railroad Avenue
Chester, New York 10918
(845) 469-1277
Counsel for plaintiff

_____
KIRSTEN MILTON EVANS

MORGAN, LEWIS & BOCKIUS, LLP
77 West Wacker Drive
Chicago, Ill. 60601
(312) 324-1000
Counsel for defendant

SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/2/08