UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

-----------------------------------------x
EMILIO NOBLE,

          Plaintiff,

  -against-

CAREER EDUCATION CORPORATION,

          Defendant.
-----------------------------------------x

7:07-cv-05832-KMK-GAY

**ORDER**

KENNETH M. KARAS, District Judge:

    Having considered Defendant Career Education Corporation's ("Defendant") request to extend the summary judgment briefing schedule by two weeks, IT IS HEREBY ORDERED that:

    Defendant shall serve its motion for summary judgment upon Plaintiff Emilio Noble ("Plaintiff") by no later than August 15, 2008;

    Plaintiff shall serve his response upon Defendant by no later than September 6, 2008; and

    Defendant shall serve its reply upon Plaintiff by no later than September 26, 2008.

SO ORDERED.

DATE: 7/18/08        BY: _____
                                  U.S. District Judge